UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47894
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Mariner Finance

In Re:
STEVEN P. KENNEY

JEWELIE J. KENNEY

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-29792

Adv. No.:

Hearing Date: 1-16-19

Judge: CMG

# ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO MARINER FINANCE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Steven and Jewelie Kenney**
**18-29792(CMG)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make**
**Adequate Protection Payments to Mariner Finance**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Mariner Finance, with the appearance of Marc Capone, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Mariner Finance:** The trustee shall pay Mariner Finance the sum of $11,951.94 over 60 months (being the net loan balance of $8955.23 with interest at 12% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to Mariner Finance in the amount of $134 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to Mariner Finance commencing in November of 2018.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to Mariner Finance until all counsel fees have been paid and regular distributions begin to be made to Mariner Finance. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Mariner Finance until the remaining counsel fees have been paid.