**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47894
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Mariner Finance

**Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
STEVEN P. KENNEY

JEWELIE J. KENNEY

Case No.: 18-29792

Adv. No.:

Hearing Date: 1-16-19

Judge:  CMG

## ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO MARINER FINANCE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Steven and Jewelie Kenney**
**18-29792(CMG)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make**
**Adequate Protection Payments to Mariner Finance**
**Page 2**


This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Mariner Finance, with the appearance of Marc Capone, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Mariner Finance:** The trustee shall pay Mariner Finance the sum of $11,951.94 over 60 months (being the net loan balance of $8955.23 with interest at 12% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to Mariner Finance in the amount of $134 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to Mariner Finance commencing in November of 2018.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to Mariner Finance until all counsel fees have been paid and regular distributions begin to be made to Mariner Finance.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Mariner Finance until the remaining counsel fees have been paid.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven P. Kenney  
Jewelie J Kenney  
      Debtors

Case No. 18-29792-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 01, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.  
db/jdb         Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ   08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Francis T. Tarlecki     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com  
       John R. Morton, Jr.     on behalf of Creditor     Mariner Finance LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Kevin Gordon McDonald     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Marc C. Capone     on behalf of Joint Debtor Jewelie J Kenney mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Marc C. Capone     on behalf of Debtor Steven P. Kenney mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Melissa S DiCerbo     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 8