| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**WALDMAN & KAPLAN, P.A.**<br>**By: Farha Ahmed, Esquire**<br>**174 Nassau Street, Suite 313**<br>**Princeton, NJ 08542**<br>**Telephone: 844-899-4162**<br>**Facsimile: 844-882-4703**<br>**Attorneys for Movant: Wilmington Savings Fund Society FSB, Owner Trustee of the Residential Credit Opportunities Trust V-C** | **Order Filed on July 10, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>Steven P. Kenney<br>    Debtor,<br><br>Jewelie J Kenney<br>    Joint Debtor. | Case No.:    18-29792-CMG<br><br>Chapter:    13<br><br>Hearing Date:    05/01/19<br><br>Judge:    Christine M. Gravelle |

## AGREED ORDER CONDITIONING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_3_____ is **ORDERED**.

**DATED: July 10, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

**BEFORE ME** came to be considered the motion of secured creditor, Wilmington Saving Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, (herein after referred to as "Movant" or "Secured Creditor") to lift the stay as it pertains to 853 Ensign Avenue, Beachwood, NJ 08722 (herein after referred to as "the property" or "property"), and announced to the Court that an agreement had been reached providing for the continuation of the automatic stay and the Court finds that the following should be approved.

1. Automatic Stay:   The automatic stay provided by 11 U.S.C. §362 shall remain in effect, except as provided below.

2. Payment of Arrears: Minus the $4000.00 already remitted in good faith to Secured Creditor, the Debtor Shall pay the remaining Post Petition Arrears balance of $5,620.73, representing the remaining Post-Petition Default from November 1, 2018 to May 1, 2019, to the servicer for Secured Creditor, FCI Lender Services, Inc, by November 1, 2019. The Debtor shall remit approximately $936.78 a month for the next six months to cure the Delinquent Post-Petition Arrears.

3. Current Monthly Payments: Beginning June 1, 2019, future mortgage payments that come due during the course of debtor's bankruptcy shall be paid direct to the mortgage servicer, FCI Lender Services, Inc, at PO Box 27370, Anaheim Hills CA 92809, by the Debtor via check or money order.   Each payment shall include the Debtor's full name and account number.

4. Default: ORDERED, ADJUDGED and DECREED that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond.

5. Conversion:   In the event the extant bankruptcy case is converted to a case under another chapter of the Bankruptcy Code, the Stay is terminated as to the Property without

further action by this Court.

6. <u>Discharge:</u>   It is further ORDERED that in the event that an Order of Discharge is entered in the extant bankruptcy case the terms of this Order will no longer be binding as of the date the Order of Discharge is entered.

APPROVED:

| | |
|---|---|
| /s/ Marc C. Capone, Esq. | /s/ Farha Ahmed, Esq. |
| Marc C. Capone, Esq. | Farha Ahmed, Esq. |
| Gillman Bruton Capone Law Group | Waldman & Kaplan, P.A. |
| 60 Highway 71 | 143 Nassau Street Ste. 313 |
| Spring Lake Heights, NJ 07762 | Princeton, NJ 08542 |
| Attorney for Debtor | Attorney for Creditor |

So Ordered