UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WALDMAN & KAPLAN, P.A.**
**By: Farha Ahmed, Esquire**
**174 Nassau Street, Suite 313**
**Princeton, NJ 08542**
**Telephone: 844-899-4162**
**Facsimile: 844-882-4703**
**Attorneys for Movant: Wilmington Savings Fund Society FSB, Owner Trustee of the Residential Credit Opportunities Trust V-C**

Order Filed on July 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Steven P. Kenney
    Debtor,

Jewelie J Kenney
    Joint Debtor.

Case No.:      18-29792-CMG

Chapter:       13

Hearing Date:  05/01/19

Judge:         Christine M. Gravelle

## AGREED ORDER CONDITIONING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_3_____ is **ORDERED**.

**DATED: July 10, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**BEFORE ME** came to be considered the motion of secured creditor, Wilmington Saving Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, (herein after referred to as "Movant" or "Secured Creditor") to lift the stay as it pertains to 853 Ensign Avenue, Beachwood, NJ 08722 (herein after referred to as "the property" or "property"), and announced to the Court that an agreement had been reached providing for the continuation of the automatic stay and the Court finds that the following should be approved.

1. <u>Automatic Stay</u>:   The automatic stay provided by 11 U.S.C. §362 shall remain in effect, except as provided below.

2. <u>Payment of Arrears:</u> Minus the $4000.00 already remitted in good faith to Secured Creditor, the Debtor Shall pay the remaining Post Petition Arrears balance of $5,620.73, representing the remaining Post-Petition Default from November 1, 2018 to May 1, 2019, to the servicer for Secured Creditor, FCI Lender Services, Inc, by November 1, 2019. The Debtor shall remit approximately $936.78 a month for the next six months to cure the Delinquent Post-Petition Arrears.

3. <u>Current Monthly Payments:</u> Beginning June 1, 2019, future mortgage payments that come due during the course of debtor's bankruptcy shall be paid direct to the mortgage servicer, FCI Lender Services, Inc, at PO Box 27370, Anaheim Hills CA 92809, by the Debtor via check or money order.   Each payment shall include the Debtor's full name and account number.

4. <u>Default:</u> ORDERED, ADJUDGED and DECREED that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond.

5. <u>Conversion:</u>   In the event the extant bankruptcy case is converted to a case under another chapter of the Bankruptcy Code, the Stay is terminated as to the Property without

2

further action by this Court.

6. <u>Discharge:</u>   It is further ORDERED that in the event that an Order of Discharge is entered in the extant bankruptcy case the terms of this Order will no longer be binding as of the date the Order of Discharge is entered.

APPROVED:

| | |
|---|---|
| /s/ Marc C. Capone, Esq.          _____ | /s/ Farha Ahmed, Esq. |
| Marc C. Capone, Esq. | Farha Ahmed, Esq. |
| Gillman Bruton Capone Law Group | Waldman & Kaplan, P.A. |
| 60 Highway 71 | 143 Nassau Street Ste. 313 |
| Spring Lake Heights, NJ 07762 | Princeton, NJ 08542 |
| Attorney for Debtor | Attorney for Creditor |

So Ordered

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29792-CMG
Steven P. Kenney                                                          Chapter 13
Jewelie J Kenney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db/jdb         Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ 08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Farha    Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of
               the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Steven P. Kenney 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10