Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:                                          Case No.:    **18-29792**

**Steven P. and Jewelie J. Kenney**             Judge: **Christine M. Gravelle**

                                                Chapter:    **13**

### ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors:      **Steven P. and Jewelie J. Kenney**
Case No.:     **18-29792 (CMG)**
Caption of Order:    **Order Allowing Late Proof of Claim**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors, for an Order to Allow Late Filed Proof of Claim by Borough of Beachwood Water Dept. and Beachwood Sewerage Authority for cause shown, it is

    **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Beachwood Sewerage Authority listed on the Claims Register as Claim #15 in the amount of $896.50; and

    **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Borough of Beachwood Water Dept. listed on the Claims Register as Claim #16 in the amount of $1,319.24