Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.:   **18-29792** |
| **Steven P. and Jewelie J. Kenney** | Judge: **Christine M. Gravelle** |
| | Chapter:   **13** |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors:      **Steven P. and Jewelie J. Kenney**
Case No.:    **18-29792 (CMG)**
Caption of Order:    **Order Allowing Late Proof of Claim**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors, for an Order to Allow Late Filed Proof of Claim by Borough of Beachwood Water Dept. and Beachwood Sewerage Authority for cause shown, it is

    **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Beachwood Sewerage Authority listed on the Claims Register as Claim #15 in the amount of $896.50; and

    **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Borough of Beachwood Water Dept. listed on the Claims Register as Claim #16 in the amount of $1,319.24

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-29792-CMG
Steven P. Kenney    Chapter 13
Jewelie J Kenney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db/jdb        Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ   08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Farha    Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of
            the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
           Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
           John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com,
            mortoncraigecf@gmail.com
           Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Marc C Capone    on behalf of Debtor Steven P. Kenney 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
           Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
           Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 10