Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 18−29792−CMG  
        Chapter: 13  
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven P. Kenney  
853 Ensign Ave  
Beachwood, NJ 08722−2405

Jewelie J Kenney  
853 Ensign Ave  
Beachwood, NJ 08722−2405

Social Security No.:  
  xxx−xx−5070

  xxx−xx−6176

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Farha Ahmed on behalf of Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust V−C. Objection deadline is 09/5/2019. (Ahmed, Farha)

Dated: 9/5/19

        Jeanne Naughton  
        Clerk, U.S. Bankruptcy Court