Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.:  18–29792–CMG
                                    Chapter:  13
                                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven P. Kenney                            Jewelie J Kenney
853 Ensign Ave                              853 Ensign Ave
Beachwood, NJ 08722–2405                    Beachwood, NJ 08722–2405

Social Security No.:
  xxx–xx–5070                               xxx–xx–6176

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*45* – Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Farha
Ahmed on behalf of Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit
Opportunities Trust V–C. Objection deadline is 09/5/2019. (Ahmed, Farha)

Dated: 9/5/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29792-CMG
Steven P. Kenney                                                      Chapter 13
Jewelie J Kenney
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Sep 05, 2019
                              Form ID: ntchrgbk      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db              Steven P. Kenney,   853 Ensign Ave,   Beachwood, NJ  08722-2405
cr              Wilmington Savings Fund Society FSB as Owner Trust,   c/o Waldman & Kaplan PA,
                 714 Nassau Street,   Ste. 313,   Princeton, NJ  08542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Farha  Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of
         the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
        Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company Njecfmail@mwc-law.com,  ftarlecki.kashlaw@gmail.com
        John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marc C Capone    on behalf of Debtor Steven P. Kenney 5325@notices.nextchapterbk.com,
         docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
        Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney 5325@notices.nextchapterbk.com,
         docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 10