GILLMAN, BRUTON & CAPONE, LLC
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, N.J. 07762
(732) 528-1166
Attorney for the Debtor

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Steven P and Jewelie Kenney**

DEBTORS

CASE NO.: **18-29792 (CMG)**

Hearing Date: September 18, 2019

### ORDER TO FIX PROOF OF CLAIM OF CONSUMER PORTFOLIO SERVICES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s):   **Steven P. and Jewelie Kenney**
Case No.:    **18-29792 (CMG)**
Caption of Order: **Order to Fix Proof of Claim**

Upon consideration of the Motion filed by Steven P. and Jewelie Kenney, through their attorney, Marc C. Capone seeking entry of an Order to Fix the Proof of Claim of Consumer Portfolio Services, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the secured claim set forth below is hereby fixed in the amount as follows:

| Claim No. 1 | Consumer Portfolio Services<br>PO Box 57071<br>Irvine, CA 92619 | $17,899.00 |
|---|---|---|