GILLMAN, BRUTON & CAPONE, LLC
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, N.J. 07762
(732) 528-1166
Attorney for the Debtor

Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Steven P and Jewelie Kenney**

DEBTORS

CASE NO.: **18-29792 (CMG)**

Hearing Date: September 18, 2019

### ORDER TO FIX PROOF OF CLAIM OF CONSUMER PORTFOLIO SERVICES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s):   **Steven P. and Jewelie Kenney**
Case No.:   **18-29792 (CMG)**
Caption of Order: **Order to Fix Proof of Claim**

Upon consideration of the Motion filed by Steven P. and Jewelie Kenney, through their attorney, Marc C. Capone seeking entry of an Order to Fix the Proof of Claim of Consumer Portfolio Services, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the secured claim set forth below is hereby fixed in the amount as follows:

| | | |
|---|---|---|
| Claim No. 1 | Consumer Portfolio Services<br>PO Box 57071<br>Irvine, CA 92619 | $17,899.00 |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven P. Kenney  
Jewelie J Kenney  
    Debtors

Case No. 18-29792-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 20, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.  
db/jdb         Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ    08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Farha    Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com  
         Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marc C Capone    on behalf of Debtor Steven P. Kenney 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                       TOTAL: 10