UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 884-899-4162
Facsimile: 884-882-4703
Attorneys for Movant: Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C

**Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Steven P. Kenney,
   Debtor
Jewelie J. Kenney,
   Joint Debtor

Case No.: 18-29792-CMG

Hearing Date:

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

853 ENSIGN AVE., BEACHWOOD, NJ 08722

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                            Case No. 18-29792-CMG
Steven P. Kenney                                                  Chapter 13
Jewelie J Kenney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Oct 02, 2019
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db/jdb         Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ 08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Farha   Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of
               the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Steven P. Kenney 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10