UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Steven and Jewelie Kenney

Case No.: 18-29792

Chapter:        13

Judge:          Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $2,376.25 for services rendered and expenses in the amount of $10.00 less a courtesy 10% discount for a total of $2,147.62.  The allowance is payable:

    ☒  $   2,147.62_____   through the Chapter 13 plan as an administrative priority.

    ☒  $___0_____   outside the plan.

The debtor's monthly plan is modified to require a payment of $2,006.00 per month for 50 months to allow for payment of the above fee.

*rev.8/1/15*

2