Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.: 18−29792−CMG
                                        Chapter: 13
                                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven P. Kenney                                         Jewelie J Kenney
   853 Ensign Ave                                           853 Ensign Ave
   Beachwood, NJ 08722−2405                   Beachwood, NJ 08722−2405

Social Security No.:
   xxx−xx−5070                                             xxx−xx−6176

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on April 2, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 2, 2020
JAN: dmi

                                                                            Jeanne Naughton
                                                                            Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                      Case No. 18-29792-CMG
Steven P. Kenney                                            Chapter 13
Jewelie J Kenney
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2                  Date Rcvd: Apr 02, 2020
                              Form ID: 148             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb         Steven P. Kenney,    Jewelie J Kenney,    853 Ensign Ave,    Beachwood, NJ 08722-2405
cr            +AMIP,    POB 2741,    Seal Beach, CA 90740-1741
cr            +Mariner Finance LLC,    8211 Town Center DR,    Balto.,, MD 21236-5904
cr             Wilmington Savings Fund Society FSB as Owner Trust,     c/o Waldman & Kaplan PA,
                714 Nassau Street,    Ste. 313,    Princeton, NJ 08542
517918397     +Bayview Loan Servicing, LLC, a Delaware,     Limited Liability Company,
                4425 Ponce de Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1873
517795377     +Beachwood Sewerage Authority,    1133 Beach Ave,    Beachwood, NJ 08722-2299
517795378      Borough of Beachwood Water Dept.,    1600 Pinewald Rd,    Beachwood, NJ 08722-3007
517795380      Central Jersey Spine,    PO Box 250,    East Brunswick, NJ 08816-0250
517795381      Consumer Portfolio Services Inc.,    PO Box 98768,    Phoenix, AZ 85038-0768
517795386      Jersey Central Power & Light,    PO Box 16001,    Reading, PA 19612-6001
517917473     +Jersey Central Power Light,    101 Crawfords Corner Rd,    Bldg # 1 Ste 1-511,
                Holmdel, NJ 07733-1976
517795389     #Mariner Finance,    1358 Hooper Ave Ste 6,    Toms River, NJ 08753-2882
517795388      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517795390     +Monsignor Donovan High School,    Hudson Law Offices, PC,    900 Route 168 Ste C-2,
                Turnersville, NJ 08012-3206
517795392      NJNG,    PO Box 1464,    Wall, NJ 07719-1464
517795393      NY State Thruway Authority,    Linebarger Goggan Blair & Sampson,    PO Box 702118,
                San Antonio, TX 78270-2118
517795391      New Jersey Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517873342     +New York State Thruway Authority,    200 Southern Blvd,    Albany, NY 12209-2098
517795397     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of NJ Division of Taxation,     PO Box 245,
                Trenton, NJ 08695-0245)
517795394      Schiller Knapp Lefkowitz & Hertzel,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
517795395      St of NJ- Division of Taxation,    Federal/NJ State Offset Program,    PO Box 283,
                Trenton, NJ 08646-0283
517795396     +Stark & Stark,    993 Lenox Dr,    Lawrenceville, NJ 08648-2389
518041825     +Wilmington Savings Fund Society,    AMIP Management,    3020 Old Ranch Parkway, Suite 180,
                Seal Beach, CA 90740-2799
518041826     +Wilmington Savings Fund Society,    AMIP Management,    3020 Old Ranch Parkway, Suite 180,
                Seal Beach, CA 90740,    Wilmington Savings Fund Society,    AMIP Management 90740-2799
518021617     +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
518021618     +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740,
                Wilmington Savings Fund Society, FSB,    AMIP Management, LLC 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517795373      E-mail/Text: asrc@asrcs.org Apr 03 2020 02:49:43      All Saints Regional Catholic,
                400 Doc Cramer Blvd,    Manahawkin, NJ 08050-2843
517833407      EDI: GMACFS.COM Apr 03 2020 06:13:00      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517795375      EDI: GMACFS.COM Apr 03 2020 06:13:00      Ally Financial,    Attn: Bankruptcy Dept,
                PO Box 380901,    Bloomington, MN 55438-0901
517795376     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2020 02:49:36
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
                Coral Gables, FL 33146-1873
517918895     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2020 02:49:36
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1873
517795379      EDI: CCS.COM Apr 03 2020 06:13:00      CCS,    PO Box 607,    Norwood, MA 02062-0607
517795382      E-mail/Text: bankruptcy@consumerportfolio.com Apr 03 2020 02:49:27       Consumer Portfolio Svc,
                Attn: Bankruptcy,    PO Box 57071,    Irvine, CA 92619-7071
517795383      E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 02:53:03       Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
517853131      E-mail/Text: houston_bankruptcy@LGBS.com Apr 03 2020 02:49:21       Elizabeth River Tunnels TRA,
                c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                Houston, Tx 77253-3064
517795384      EDI: CCS.COM Apr 03 2020 06:13:00      Geico Indemnity Company,    Credit Collection Services,
                725 Canton St,    Norwood, MA 02062-2679
517915335      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 02:53:09       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517795387      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 02:53:10
                Lvnv Funding/Resurgent Capital,    Attn: Bankruptcy,    PO Box 10497,
                Greenville, SC 29603-0497
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: 148             Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517795398         EDI: ECMC.COM Apr 03 2020 06:13:00      U.S. Department of Education,   ECMC/Bankruptcy,
                   PO Box 16408,   Saint Paul, MN  55116-0408
518132882         EDI: ECMC.COM Apr 03 2020 06:13:00      US Department of Education,    P O Box 16448,
                   St Paul, MN 55116-0448
517901283        +EDI: AIS.COM Apr 03 2020 06:13:00      Verizon,   by American InfoSource as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK  73118-7901
517795399         EDI: VERIZONCOMB.COM Apr 03 2020 06:13:00      Verizon Wireless,
                   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr Ste 550,
                   Weldon Spring, MO  63304-2225
                                                                                                 TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517870149*       +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
517795374        ##Allied Interstate,   PO Box 361445,   Columbus, OH  43236-1445
517795385        ##+JCP&L,   331 Newman Springs Rd,   Red Bank, NJ 07701-6771
                                                                                       TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Farha Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB as Owner Trustee of
               the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Steven P. Kenney ecf@gbclawgroup.com,
               mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
               roup.com;jgillman@ecf.courtdrive.com
              Marc C Capone    on behalf of Joint Debtor Jewelie J Kenney ecf@gbclawgroup.com,
               mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
               roup.com;jgillman@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10
```