UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on May 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Steven  and Jewelie Kenney

Case No.:        3:18-bk-29792

Chapter:            13

Judge:         Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 7, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,782.50_____for services rendered and expenses in the amount of $0 for a total of $_____1,782.50_____. The allowance is payable:

☒ $___1,782.50___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for _____n/a_____months to allow for payment of the above fee.

*rev.8/1/15*

2