| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> Gillman, Bruton & Capone, LLC <br><br> Marc Capone, Esq. <br><br> 60 Highway 71, Unit 2 <br> Spring Lake Heights, NJ 07762 <br> Phone #732-528-1166 <br> Fax # 732-528-4458 | Order Filed on May 7, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Steven and Jewelie Kenney | Case No.:  3:18-bk-29792 <br><br> Chapter:  13 <br><br> Judge:  Christine M. Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: May 7, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4844-8289-0681, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____1,782.50_____ for services rendered and expenses in the amount of $0 for a total of $_____1,782.50_____. The allowance is payable:

☒ $___1,782.50___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4844-8289-0681, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Steven P. Kenney  
Jewelie J Kenney  
     Debtors

Case No. 18-29792-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 07, 2020  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.  
db/jdb       Steven P. Kenney,   Jewelie J Kenney,   853 Ensign Ave,   Beachwood, NJ  08722-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Farha   Ahmed   on behalf of Creditor   Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com  
        Francis T. Tarlecki   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com,  ftarlecki.kashlaw@gmail.com  
        John R. Morton, Jr.   on behalf of Creditor   Mariner Finance LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin Gordon McDonald   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Marc C Capone   on behalf of Debtor Steven P. Kenney ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
        Marc C Capone   on behalf of Joint Debtor Jewelie J Kenney ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
        Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 10